*Friday, July 2, 1999*

## MOTION DOCKET

**99–1124.   Tricke, Inc. v. Ohio Dept. of Liquor Control.**
Hamilton App. No. C–980662.

This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to stay court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion to stay be, and hereby is, granted.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

*Tuesday, July 6, 1999*

## MOTION DOCKET

**97–98.   State v. Madrigal.**
Lucas C.P. No. CR965761. Upon consideration of appellee's motion to continue oral argument scheduled for July 28, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

**99–1107.   State v. Homan.**
Erie App. No. E–97–100. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Erie County. Upon consideration of appellant's motion to stay court of appeals' judgment pending appeal,

IT IS ORDERED by the court that the motion to stay be, and hereby is, granted.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

RESNICK, J., not participating.